UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INGRID JOHNSON,<br><br>                      Plaintiff,<br><br>   v.<br><br>ERICA KNAUF SANTOS, JOANNA ANTIRIM, REGINE TUGUBLIMAS, KING COUNTY SUPERIOR COURT ADMINISTRATION,<br><br>                      Defendants. | CASE NO. **2:25-cv-00911-JHC**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 15th day of May, 2025.

                                                                     _____
                                                                     BRIAN A. TSUCHIDA
                                                                     United States Magistrate Judge